**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1065**

_____

ANTHONY ZAPPIN,

        Plaintiff - Appellant,

      v.

RACHAEL L. FLETCHER CIPOLETTI; JUSTICE EVAN JENKINS; JUSTICE
BETH WALKER; JUSTICE BILL WOOTEN; JUSTICE TIM ARMSTEAD;
JUSTICE JOHN HUTCHINSON; EDYTHE GAISER; ANNE LAMBRIGHT;
GAIL HENDERSON STAPLES,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at
Charleston.  Irene C. Berger, District Judge.  (2:21-cv-00119)

_____

Submitted:  July 21, 2022                      Decided:  July 25, 2022

_____

Before MOTZ, HARRIS, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Anthony Zappin, Appellant Pro Se.  Ancil Glenn Ramey, STEPTOE & JOHNSON PLLC,
Huntington, West Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Zappin appeals the district court's orders granting Defendants' motion to dismiss Zappin's 42 U.S.C. § 1983 action and denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Zappin v. Cipoletti*, No. 2:21-cv-00119 (S.D.W. Va. Sept. 24, 2021; Dec. 17, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*